**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS C. SAMPSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>L. SCOTT McEWEN, Warden,<br><br>　　　　Respondent. | NO. CV 11-1786-GHK(E)<br><br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

　　　　DATED: _____4/22_____, 2013.

　　　　　　　　　　　　_____
　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE